**DENY and Opinion Filed February 11, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01579-CV

## IN RE PIONEER NATURAL RESOURCES USA, INC., Relator

**Original Proceeding from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-05255**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Evans
Opinion by Justice Reichek

Before the Court is relator's petition for writ of mandamus in which it contends the trial court abused its discretion by overruling privilege objections asserted in response to requests for production of documents and interrogatories; overruling over-breath, burden and relevance objections asserted in response to an interrogatory; and, compelling interrogatory answers and production of responsive documents. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relator has not shown it is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

191579F.P05